**Opinion issued November 30, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-23-00773-CV**

————————————

**IN RE A.N.O., Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator A.N.O. filed a petition for writ of mandamus asking this Court to "grant mandamus relief by finding that the [t]rial [c]ourt [] abused its discretion . . . in denying [his] Plea to the Jurisdiction and assuming jurisdiction in this matter; and

order the [t]rial [c]ourt to vacate its [September 26, 2023] order denying [his] Plea to the Jurisdiction. . . ."[1]

We deny the petition. TEX. R. APP. P. 52.8(a). Any pending motions are denied as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.

---

[1] The underlying case is *In the Matter of the Marriage of C.A.O. and A.N.O. and in the Interest of G.Z.O., a Child*, Cause No. 2023-16833, pending in the 507th District Court of Harris County, Texas, the Honorable Julia Maldonado presiding.